March 28, 1980

427 A.2d 1203

Commonwealth v. Brown, Appellant.

Argued September 12, 1979.  Daniel M. Pell, for appellant;  Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee at No. 304;  Daniel R. Kehm, Assistant District Attorney, for Commonwealth, appellee at No. 369.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

* Judge Donald E. Wieand is sitting by special designation.